UNITED STATES COURT OF APPEALS

**Filed 3/13/96**

TENTH CIRCUIT

ANDREW L. ROBINSON, )
)
    Plaintiff-Appellant, )
)
                      )          No. 95-1363
v. ) (D.C. No. 95-Z-104)
                      )          (D. Colo.)
JEFF CORRIVEAU, Sheriff; )
ARISTEDES W. ZAVARAS, )
)
    Defendants-Appellees. )

ORDER AND JUDGMENT[*]

Before **SEYMOUR**, Chief Judge, **McKAY** and **LUCERO**, Circuit Judges.

After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist the determination of this appeal. See Fed. R. App. P. 34(a); 10th Cir. R. 34.1.9. The cause is therefore ordered submitted without oral argument.

Andrew L. Robinson, a state prisoner, brought this pro se action under 42 U.S.C. § 1983 against the Director of the Colorado Department of Corrections and the sheriff of

_____

[*]This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. The court generally disfavors the citation of orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

the facility in which he is incarcerated.  Mr. Robinson alleges that he is being confined illegally.  The district court dismissed the complaint as frivolous.

We have carefully reviewed the district court order in light of Mr. Robinson's pleadings.  We affirm substantially for the reasons given by the district court.[1]

The mandate shall issue forthwith.

ENTERED FOR THE COURT

Stephanie K. Seymour
Chief Judge

---

[1]Mr. Robinson's request for production of documents is denied.  An appellate court is required to decide the case on the record created in the court below.  The time for requesting production of documents was when the case resided in the district court.